**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Joseph George Glass
Duplass, Zwain & Bourgeois
3838 N. Causeway Blvd Ste 2900
Metairie LA 70002

C. Michael Pfister  Jr.
Duplass Witman Zwain & William
3838 N Causeway Blvd Ste 2900
Metairie LA 70002

**REHEARING ACTION: March 24, 2010**

**Docket Number: 09   00476-CA**

**SARWAT GAD, M.D., ET UX.**
**VERSUS**
**ROBERT RAY GRANBERRY, ET AL.**

**Appealed from Lafayette Parish Case No. 20021616**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Oswald A. Decuir**
> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**
> **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Melanie Lunn and Van Eaton & Romero, Inc.** has this day been

> **DENIED.**
> Thibodeaux, C. J., would grant.

cc: William Lee Melancon, Counsel for the Appellant
    Leigh Haynie, Counsel for the Appellant
    Elizabeth A Macmurdo, Counsel for the Appellant
    James Leslie Hilburn, Counsel for the Appellee
    Sharon Baskin Kyle, Counsel for the Appellee
    Nancy A. Richeaux, Counsel for the Appellee
    David Joseph Krebs, Counsel for the Appellee
    Krystil Borrouso Lawton, Counsel for the Appellee
    Harvey Sylvanous Bartlett III Esq., Counsel for the Appellee